# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARY BOWEN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>V.<br><br>ERICA ROX INC. d/b/a ON THE ROX SPORTS BAR & GRILL,<br><br>    Defendant. | CIVIL ACTION NO. 4:21-cv-01975 |

## SCHEDULING AND DOCKET CONTROL ORDER

The disposition of this case will be controlled by the following schedule:

1.  February 15, 2021      **MOTIONS TO ADD NEW PARTIES**
                           The attorney causing the addition of new parties will provide copies of this Order to new parties.

2.  October 26, 2021       **MOTIONS FOR LEAVE TO AMEND PLEADINGS**
                           Parties filing motions after this deadline must show good cause.

                           **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**
3a. April 15, 2022         The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

3b. May 17, 2022           The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure.

4.  August 23, 2021        **MEDIATION**
                           Mediation or other form of dispute resolution must be completed by this deadline.

5.  June 14, 2022              **COMPLETION OF DISCOVERY**
                               Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline.

6.  August 2, 2022             **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
                               No motion may be filed after this date except for good cause.

7.                             **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
                               The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8.                             **DOCKET CALL**
                               Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

9.  Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

Other:


SIGNED on August 20, 2021, at Houston, Texas.


_____
Lee H. Rosenthal
Chief United States District Judge

2